1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ANDREW PAULSON (CABN 267095)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       andrew.paulson@usdoj.gov
8

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )  Case No. 4:22-mj-70420-MAG
                                        )
14         Plaintiff,                   )  STIPULATION TO CONTINUE STATUS
                                        )  CONFERENCE AND TO EXCLUDE TIME FROM
15     v.                               )  JUNE 22, 2022 TO AUGUST 10, 2022 AND
                                        )  ORDER
16  KAMAR FERGUSON,                     )
                                        )
17         Defendant.                   )
                                        )
18

19      This matter is currently set for a status conference on June 22, 2022. Since the defendant's

20  initial appearance in this district on May 23, 2022, the government has produced to the defense almost

21  8,000 pages of documents, as well as several native files, including materials obtained from forensic

22  extractions of devices. The government anticipates making additional discovery productions to the

23  defense in the coming weeks. Additionally, defense counsel is currently scheduled to be in trial before

24  Judge Chen in San Francisco from July 21, 2022 through the first week of August. To provide adequate

25  time for the defense to review discovery already produced, the parties hereby request that the status

26  conference be continued to August 10, 2022 at 2:30 p.m.

27      For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure

28      for preliminary hearing, and the date under the Speedy Trial Act by which the defendant must be

STIP TO CONTINUE STATUS CONFERENCE AND ORDER
4:22-MJ-70420-MAG

1  charged by indictment or information, the parties agree that the time period of June 22, 2022 through
2  August 10, 2022, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and
3  (h)(7)(B)(iv) because: (i) the ends of justice served by the continuance outweigh the best interest of the
4  public and defendant in the filing of an information or indictment within the period specified in
5  18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel
6  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence,
7  and deny the defendant continuity of counsel.  Defense counsel represents that his client knowingly and
8  voluntarily waives the timing for a preliminary hearing under Federal Rule of Criminal Procedure 5.1
9  through August 10, 2022.

10         The undersigned Assistant United States Attorney certifies that he has obtained approval from
11  counsel for the defendant to file this stipulation and proposed order.

13         IT IS SO STIPULATED.

14  DATED: June 16, 2022                    */s/ Andrew Paulson*
                                            ANDREW PAULSON
15                                          Assistant United States Attorney

17  DATED: June 16, 2022                    */s/ Jerome E. Matthews*
                                            JEROME E. MATTHEWS
                                            Counsel for Defendant

**ORDER**

The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

The status conference in this matter is continued to 2:30 p.m. on August 10, 2022. The time period from June 22, 2022 to August 10, 2022, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or indictment must be filed.

IT IS SO ORDERED.

DATED:   June 16, 2022

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge