| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | ANDREW PAULSON (CABN 267095)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>andrew.paulson@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:22-mj-70420-MAG | |
| Plaintiff, | ) ) | STIPULATION RE STATUS CONFERENCE AND TO EXCLUDE TIME FROM NOVEMBER 2, 2022 TO NOVEMBER 7, 2022 AND ORDER | |
| v. | ) | | |
| KAMAR FERGUSON, | ) ) ) | | |
| Defendant. | ) | | |

This matter is currently set for a status conference on November 2, 2022. Since the defendant's initial appearance in this district on May 23, 2022, the government has produced to the defense almost 8,000 pages of documents, as well as several native files, including materials obtained from forensic extractions of devices. The government anticipates making additional discovery productions to the defense in the coming weeks. On August 10, 2022, new counsel was appointed for the defendant. To provide adequate time for the defense to review discovery already produced, for the government to obtain additional discovery that the defense has requested, and for the parties to continue negotiations for a potential resolution of the case, the parties hereby request that the status conference be taken off calendar, and that the matter be set for in-person arraignment on an Information on November 7, 2022 at 10:30 a.m.

For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for preliminary hearing, and the date under the Speedy Trial Act by which the defendant must be charged by indictment or information, the parties agree that the time period of November 2, 2022 through November 7, 2022, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the period specified in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny the defendant continuity of counsel. Defense counsel represents that his client knowingly and voluntarily waives the timing for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 through November 7, 2022.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 25, 2022     /s/ Andrew Paulson
                            ANDREW PAULSON
                            Assistant United States Attorney

DATED: October 25, 2022     /s/ Karen McConville
                            KAREN MCCONVILLE
                            Counsel for Defendant

**ORDER**

The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

The status conference in this matter is taken off calendar.  This case is set for in-person arraignment at 10:30 a.m. on November 7, 2022.  The time period from November 2, 2022 to November 7, 2022, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or indictment must be filed.

IT IS SO ORDERED.

DATED:  October 26, 2022



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

STIP TO CONTINUE STATUS CONFERENCE AND ORDER
4:22-MJ-70420-MAG